IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSHUA CACHO,<br>　　Plaintiff,<br><br>v.<br><br>UNITED TAX DEFENSE LLC and<br>GARY CRAIG,<br>　　Defendants. | EP-23-CV-317-DB |

## FINAL JUDGMENT

On March 18, 2024, the Court granted Plaintiff Joshua Cacho's Motion for Default Judgment. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 20th day of **March 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE